UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **GREGORY HUTCHINSON,**  Defendants. | NO. 6:16-CR-05-KKC-HAI-17  **ORDER** |

*******************

This matter is before the Court on a recommended disposition (DE 944) in which the Magistrate Judge makes certain recommendations regarding defendant Gregory Hutchinson's admitted violations of the terms of his supervised release. No party has filed objections to the recommendation and the defendant has waived his right to appear before the district judge and to make a statement and present mitigating information. (DE 945).

The parties presented a jointly recommended penalty of revocation with four months of incarceration, followed by 32 months of supervision, to commence with a 90-day inpatient substance-abuse treatment program. Further, they requested a condition requiring a mental health assessment upon release. The Court has reviewed the recommended disposition and agrees with its analysis.

Accordingly, the Court hereby ORDERS as follows:

1) the Recommended Disposition (DE 944) is ADOPTED as the Court's opinion; and

2) a judgment consistent with this order and the recommended disposition will be entered.

This 24th day of October, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY